## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON LEVASSEU | Crim. No. 1:22-CR-00155-LEW |

### GOVERNMENT SENTENCING MEMORANDUM

NOW COMES the United States, by and through its attorneys, Darcie N. McElwee, United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, and submits this memorandum to assist the Court in its determination of an appropriate sentence.

**I.   The Defendant is not Eligible for the "Lawful Sporting Purposes" Guidelines Reduction under U.S.S.G. § 2K2.1(b)(2)**

In his objection to the initial PSR, the defendant states: "The Defendant possessed all ammunition and firearms solely for lawful sporting purposes and did not unlawfully discharge or otherwise unlawfully use such firearm or ammunition. Therefore, pursuant to § 2K2.1(b)(2), the offense level should be decreased to a level 6." **See Revised PSR** (Docket # 60) at p. 22.

U.S.S.G. § 2K2.1(b)(2) states:

If the defendant, **other than a defendant subject to subsections (a)(1), (a)(2), (a)(3), (a)(4), or (a)(5)**, possessed all ammunition and firearms solely for lawful sporting purposes or collection, and did not unlawfully discharge or otherwise unlawfully use such firearms or ammunition, decrease the offense level determined above to level 6.

(emphasis added). Similarly, Application Note 5 for Subsection (b)(2) states, in part: "Note that where the base offense level is determined under subsections (a)(1)-(a)(5), subsection (b)(2) is not applicable."

The defendant's base offense level is 20 pursuant to U.S.S.G. § 2K2.1(a)(4)(A). **See Revised PSR** at ¶ 14. As a result, subsection (b)(2) is not applicable. As correctly stated in the Revised PSR, the defendant's total offense level is 17. **See id.** at ¶ 23.

### II.     Government's Sentencing Recommendation

Based on the factors described in 18 U.S.C. § 3553(a), the government will be recommending a sentence near the low end of the applicable guidelines range of 37-46 months. The government will discuss the justifications for this recommendation at the sentencing hearing.

Dated: July 1, 2024                    DARCIE N. MCELWEE
                                       United States Attorney


                                       /s/Andrew McCormack
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I filed the foregoing Sentencing Memorandum using the Court's CM/ECF system, which will cause a copy to be sent to counsel of record:

Scott Hess, Esq.

          Darcie N. McElwee
          United States Attorney

By: /s/Andrew McCormack
    Assistant U.S. Attorney
    United States Attorney's Office
    202 Harlow Street
    Bangor, ME 04401
    (207) 945-0373
    Andrew.mccormack@usdoj.gov