# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| | |
|---|---|
| D.C. # 1:22-cr-00155-LEW | C.C.A. # |
| CASE TITLE: USA v. LEVASSEUR | |
| Name of Counsel for Appellant(s): | Scott F. Hess, Esq. |
| Name of Counsel for Appellee(s): | Nicholas S. Heimbach, AUSA<br>Andrew McCormack, AUSA<br>Brian Scott Kleinbord, AUSA |
| Name of Judge: | Lance E. Walker |
| Court Reporter(s) & Dates: | Tammy Martell-1/5/2023<br>Cathy Ford-9/11/2023, 12/13/2023, 3/19/2024, 7/9/2024 |
| Transcript Ordered? | ☐ Yes   ☒ No |
| Court Appointed Counsel? | ☒ Yes   ☐ No |
| Fee Paid? | ☐ Yes   ☒ No |
| In Forma Pauperis? | ☐ Yes   ☒ No |
| Motions Pending? | ☐ Yes   ☒ No |
| Guidelines Case? | ☒ Yes   ☐ No |
| Related Case on Appeal? | ☐ Yes   ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |